UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EGAN, FLANAGAN AND COHEN, P.C.,<br><br>Plaintiff,<br><br>vs.<br><br>THE HARTFORD d/b/a TWIN CITY FIRE INSURANCE COMPANY AND CHASE, CLARKE, STEWART & FONTANA,<br><br>Defendants. | Case No.: 3:21-CV-30041-MGM |

## STIPULATION OF DISMISSAL

Pursuant to Fed. Rule of Civ. Pro. 41(a)(1)(A)(ii), the parties to the above-entitled action hereby stipulate to the dismissal of all claims, crossclaims, and counterclaims that have been or could have been asserted, with prejudice; without interest, attorneys' fees, or costs; and waiving all rights of appeal.

Respectfully Submitted,

| | |
|---|---|
| Plaintiff, Egan, Flanagan and Cohen, P.C.<br>By its Attorneys, | Defendant, The Hartford d/b/a<br>Twin City Fire Insurance Company,<br>By its Attorney, |
| /s/ John J. Egan | /s/ George C. Rockas |
| _____ | _____ |
| John J. Egan, BBO #151680<br>Michael G. McDonough, BBO #682128<br>Egan, Flanagan and Cohen, P.C.<br>67 Market Street, P.O. Box 9035<br>Springfield, MA 01102-9035<br>(413) 737-0260<br>Fax: (413) 737-0121<br>jje@efclaw.com; mgm@efclaw.com | George C. Rockas, BBO #544009<br>Wilson Elser LLP<br>260 Franklin Street, 14th Floor<br>Boston, MA 02110<br>(617) 422-5300<br>george.rockas@wilsonelser.com |

                                                  Defendant,
                                                  Chase, Clarke, Stewart and Fontana,
                                                  By its attorney:

                                                  */s/ William P. Rose*
                                                  William P. Rose, BBO #557000
                                                  wrose@melicklaw.com
                                                  Melick & Porter, LLP
                                                  1 Liberty Square
                                                  Boston, MA 02109
                                                  Phone: (617) 523-6200
Dated: December 29, 2022                    Fax: (617) 523-8130

CERTIFICATE OF SERVICE

I, William P. Rose, hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 29, 2022.

                                                                               */s/ William P. Rose*
                                                                               William P. Rose